

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 05-22935-CIV-JORDAN

| | |
|---|---|
| ALAN STONE, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| CHIQUITA BRANDS INT'L, INC., et. al., | ) ) |
| Defendants | ) ) |

**CLOSED CIVIL CASE**

### ORDER

In light of the fact that Mr. Stone's and the California class' claims are encompassed entirely in *Solo, et. al., v. Chiquita Brands Int'l, Inc., et. al.*, Case No. 05-61335-CIV-JORDAN, this case is DISMISSED WITHOUT PREJUDICE.

All pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of March, 2006.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record